UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------x
Carlos Llorens,                    :    2004 JAN 30  P 3: 26
         Plaintiff                 :    Plaintiff's Second Motion for the
                                   :    Appointment of Counsel
   v.                              :    US DIST
                                   :    BRID
Deputy Commissioner Tokarz, et al  :    302cv1717(ACV)(TPS)
         Defendants                :
-----------------------------------x
```

Plaintiff, Carlos Llorens, pursuant to §1915, requests this court to appoint counsel to represent him in this case for the following reasons:

1. Plaintiff is unable to afford counsel;

2. The issues involved in this case are complex;

3. The plaintiff has extremely limited access to the federal resources which are required for the prosecution of his complaint;

4. The plaintiff has limited knowledge of the law;

5. The plaintiff has been unsuccessful in his attempts to locate and obtain counsel to represent him.

Dated: January 28, 2004

*/s/ Carlos Llorens*
Carlos Llorens
Pro Se Plaintiff
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410-1668

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 28th day of January, 2004, to:

Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

*/s/ Carlos Llorens*
Carlos Llorens
Pro Se Plaintiff