UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 11 P 1:50

U.S. DISTRICT COURT
HARTFORD, CT.

CARLOS LLORENS

v.

DEPUTY COMMISSIONER JACK
TOKARZ, et al.

PRISONER
Case No. 3:02CV1717(AVC)(TPS)

RULING AND ORDER

Plaintiff seeks appointment of pro bono counsel in this action pursuant to 28 U.S.C. § 1915. For the reasons set forth below, plaintiff's motion is denied.

The Second Circuit repeatedly has cautioned the district courts against the routine appointment of counsel, see, e.g., Hendricks v. Coughlin, 114 F.3d 390, 393 (2d Cir. 1997); Cooper v. A. Sargenti Co., 877 F. 2d 170, 172 (2d Cir. 1989), and requires that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. See Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991).

In a previous motion for appointment of counsel, plaintiff identified three legal assistance programs that he had contacted and stated that he was in the process of contacting private attorneys. At that time, the court directed plaintiff to contact Inmates' Legal Assistance Program. Plaintiff now states that

Inmates' Legal Assistance Program will not assist him and refers the court to an attached letter. The letter states that Inmates' Legal Assistance Program will provide legal assistance to inmates whose claims state a prima facie case. The letter asks plaintiff to submit various documents and evidence in support of his claim for the attorneys to analyze to determine whether assistance will be provided. Thus, plaintiff's characterization of the letter as a refusal to provide assistance is incorrect.

Plaintiff's second motion for appointment of counsel [**doc. #31**] is **DENIED** without prejudice. Plaintiff is directed to seek legal assistance from Inmates' Legal Assistance Program.

**SO ORDERED.**

Entered this 11th day of February, 2004, at Hartford, Connecticut.

Thomas P. Smith
United States Magistrate Judge

2