UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| CARLOS LLORENS | : | PRISONER<br>CIVIL NO. 3:02CV1717(AVC)(TPS) |
| v. | : |  |
| JACK TOKARZ, ET AL. | : | SEPTEMBER 19, 2005 |

## MOTION FOR EXTENSION OF TIME
## NUNC PRO TUNC

The defendants respectfully move for a forty-five day extension of time up to November 1, 2005 within which to file their summary judgment motion in this case. Plaintiff is an incarcerated pro se inmate and has not been contacted. Thus, his position as to this motion is not known. This is the first request for an extension of time to file a summary judgment motion and the time for responding has run as of August 31, 2005. Undersigned counsel has just recently been assigned two show cause orders on immediate injunction motions. Additional time is necessary to obtain more information and investigate the claims and allegations in order to file an appropriately supported summary judgment motion.

Moreover, and importantly, Docket #34 includes an order to attempt to resolve this matter without judicial intervention. Undersigned counsel's schedule has not permitted a recent visit to plaintiff at his correctional facility and this extension of time will allow for more time to attempt to resolve this matter. Undersigned counsel did visit with plaintiff and spoke to him on one occasion and another visit will be planned in the next several weeks.

DEFENDANTS
Jack Tokarz, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:    /s/
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct01211
E-Mail:  steven.strom@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 19th day of September, 2005:

Carlos Llorens, Inmate #222201
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

   /s/
Steven R. Strom
Assistant Attorney General