UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| CARLOS LLORENS | : | PRISONER<br>CIVIL NO. 3:02CV1717(AVC)(TPS) |
| v. | : |  |
| JACK TOKARZ, ET AL. | : | OCTOBER 31, 2005 |

## MOTION FOR EXTENSION OF TIME

The defendants respectfully move for a forty-five day extension of time up to December 15, 2005 within which to file their summary judgment motion in this case. Plaintiff is an incarcerated pro se inmate and has not been contacted. Thus, his position as to this motion is not known. This is the second request for an extension of time to file a summary judgment motion and the time for responding has not yet run. The present deadline is November 1, 2005.. Undersigned counsel has just recently been assigned two show cause orders on immediate injunction motions. Additional time is necessary to obtain more information and investigate the claims and allegations in order to file an appropriately supported summary judgment motion.

Importantly, undersigned counsel represents that good cause for the extension of time exists in that he was out of state due to the death of his step-father and was on funeral leave from October 5, to October 12, 2005. Further, undersigned counsel was required to be in the Rockville Superior Court for a habeas status conference on ten files, and a motion to dismiss matter on October 12, and was out of the office for DOC training on October 13, 2005. Undersigned counsel had to file an Appellate Brief in Boyd v. Commissioner of Correction, AC 26263, which was due on October 17, 2005, and has been extended to November 17, 2005. Undersigned

counsel also had to file a petition for certification to appeal from the Appellate Court in <u>Baker v. Commissioner of Correction</u>, 91 Conn. App. 855(2005) which was filed on Friday, October 28, 2005

    Moreover, and importantly, Docket #34 in this case includes an order to attempt to resolve this matter without judicial intervention.  Undersigned counsel's schedule has not permitted a recent visit to plaintiff at his correctional facility and this extension of time will allow for more time to attempt to resolve this matter.  Undersigned counsel did visit with plaintiff and spoke to him on one occasion and undersigned counsel received a settlement proposal from plaintiff in a letter dated September 26, 2005. Due to the recent death in the family and the other deadlines an briefs outlined above, undersigned counsel has not yet had time to visit the Cheshire CI facility. It is anticipated that this will be done and the summary judgment motion will be filed by December 15, 2005.

                                              DEFENDANTS
                                              Jack Tokarz, Et Al.

                                              RICHARD BLUMENTHAL
                                              ATTORNEY GENERAL


BY: _____
     Steven R. Strom
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT  06105
     Federal Bar #ct01211
     E-Mail:  steven.strom@po.state.ct.us
     Tel.: (860) 808-5450
     Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 31st day of October, 2005:

Carlos Llorens, Inmate #222201
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____
Steven R. Strom
Assistant Attorney General