UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| CARLOS LLORENS | : | PRISONER<br>CIVIL NO. 3:02CV1717(AVC)(TPS) |
| v. | : |  |
| JACK TOKARZ, ET AL. | : | DECEMBER 14, 2005 |

## MOTION FOR EXTENSION OF TIME

  The defendants respectfully move for a three week extension of time up to January 4, 2006 within which to file their summary judgment motion in this case. Plaintiff is an incarcerated pro se inmate and has not been contacted. Thus, his position as to this motion is not known. This is the third request for an extension of time to file a summary judgment motion and the time for responding has not yet run. The present deadline is December 15, 2005. Undersigned counsel has just recently been assigned two show cause orders on immediate injunction motions. These preliminary injunction motions are due December 15, 2005, and December 22, 2005, and present claims in the nature of a medical emergency. Thus, undersigned counsel has to work on those emergency matters first. In this case, undersigned counsel has obtained one signed affidavit, and has completed approximately fifteen (15) pages of a memorandum of law. However, additional time is necessary to obtain more information and affidavits from persons who are not presently employed by the Department of Correction (DOC) in order to file an appropriately supported summary judgment motion.

  Importantly, undersigned counsel represents that good cause for the extension of time exists in that he was out of state due to the death of his step-father and was on funeral leave from

October 5, to October 12, 2005. Further, undersigned counsel was required to be in the Rockville Superior Court for a habeas status conference on ten files, and a motion to dismiss matter on October 12, and was out of the office for DOC training on October 13, 2005. Undersigned counsel had to file an Appellate Brief in <u>Boyd v. Commissioner of Correction</u>, AC 26263, which was due on October 17, 2005, and has been extended to November 17, 2005. Undersigned counsel also had to file a petition for certification to appeal from the Appellate Court in <u>Baker v. Commissioner of Correction</u>, 91 Conn. App. 855(2005) which was filed on Friday, October 28, 2005. Undersigned counsel was on trail in a habeas matter in the Superior Court in Rockville in <u>Nunes v. Warden</u>, on December 2, and December 8, 2005, and was out of the office on December 9, 2005.

Moreover, and importantly, Docket #34 in this case includes an order to attempt to resolve this matter without judicial intervention. Undersigned counsel's schedule has not permitted a recent visit to plaintiff at his correctional facility and this extension of time will allow for more time to attempt to resolve this matter. Undersigned counsel did visit with plaintiff and spoke to him on one occasion and undersigned counsel received a settlement proposal from plaintiff in a letter dated September 26, 2005. Due to the recent death in the family, requiring out of state travel as recently as December 10- December 12, 2005, and the other deadlines an briefs outlined above, undersigned counsel has not yet had time to visit the Cheshire CI facility. It is anticipated that this will be done and the summary judgment motion will be filed by January 4, 2006.

        DEFENDANTS
        Jack Tokarz, Et Al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
        Steven R. Strom
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct01211
        E-Mail: steven.strom@po.state.ct.us
        Tel.: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed to the following on this 14th day of  December, 2005:

    Carlos Llorens, Inmate #222201
    Cheshire Correctional Institution
    900 Highland Avenue
    Cheshire, CT 06410

        _____
        Steven R. Strom
        Assistant Attorney General