UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CARLOS LLORENS | PRISONER |
|  | CIVIL NO. 3:CV1717(AVC)(TPS) |
| *Plaintiff,* | : |
|  | : |
| v. | : |
|  | : |
| JACK TOKARZ, ET AL., | : |
| *Defendants.* | : JANUARY 30, 2006 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants respectfully move for summary judgment pursuant to Rule 56 Fed. R. Civ. P. In support of their motion, pursuant to Local Rules 7(a) and 56(a)1, the defendants submit the affidavits of Major Luis Irizarry, Deputy Commissioner Brian K. Murphy, Father Anthony J. Bruno, former Commissioner John Armstrong, Correction Officer Bickford, [1] Captain Carlone (with pictures attached), and Captain Valeriano. Because all of the claims brought by plaintiff are either moot, or barred by qualified immunity, or otherwise fail as a matter of law, summary judgment as to all claims must enter for the defendants. *See Mawhinney v. Henderson*, 542 F.2d 1,2, (2d Cir 1976); *see also Prins v. Coughlin*, 76 F.3d 504, 506 (2d Cir. 1996). Any and all claims for monetary damages are barred by qualified immunity. For the additional reasons stated in the accompanying memorandum and in the defendants' moving papers, the defendants respectfully request that their summary motion be granted and judgment should enter for the defendants as a matter of law.

---

[1] See docket sheet in this case, Doc. ## 20, 21, 22, and 24, already on file on which defendants rely in part in support of the instant summary judgment motion.

DEFENDANTS

Deputy Commissioner Tokarz, et.al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct01211
E-Mail:  steven.strom@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of January, 2006:

Carlos Llorens, # 222201
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410


_____
Steven R. Strom
Assistant Attorney General

2