UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CARLOS LLORENS | : PRISONER<br>: CIVIL NO. 3:02CV1717(AVC)(TPS)<br>: |
| V. | :<br>: |
| JACK TOKARZ, ET AL | : JANUARY 30, 2006 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants, Jack Tokarz, Et Al., have manually filed the following document or thing:

1. Affidavit of Luis Irizarry Attachments:
   a. Administrative Directive 6.14 – Security Risk Groups
   b. Letter from Frank J. Riccio to Commissioner dated March 24, 1995

2. Affidavit of Captain Joseph Carlone Attachment:
   a. Eights Photos of plaintiff's cell at Cheshire Correctional Institution

3. Affidavit of Captain Armando Valeriano Attachments:
   a. Memo to all Wardens from Commissioner Lantz dated November 17, 2005 regarding Security Risk Group Designations
   b. Newspaper Article – North Jersey Media Group article entitled "Jurors Get a Primer on Gang Culture dated January 25, 2006"
   c. Plaintiff's request for Santeria Beads
   d. D.O.C. list of gangs and colors

4. Affidavit of Father Anthony J. Bruno Attachments:
   a. Resume of Reverend Anthony J. Bruno
   b. Administrative Directive 10.8 – Religious Services
   c. Letter from Jack Tokarz to Carlos Llorens dated October 26, 2001
   d. Receipt for White Santeria Beads dated May 30, 2002
   e. Receipt for leather like pouch and charms for Santeria Beads dated June 18, 2002

5. Affidavit of Brian K. Murphy Attachments:
   a. Resume of Brian K. Murphy
   b. Letter from Frank J. Riccio to Commissioner dated March 24, 1995
   c. Mittimus for plaintiff
   d. Plaintiff's pre-sentence investigation

This document has not been filed electronically because:

[ ]   **Medical Records**.
[ ]   the document or thing cannot be converted to an electronic format
[ x ] the electronic file size of the documents exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                DEFENDANTS
                Theresa Lantz, Et Al.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY: /s/
      Steven R. Strom
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct01211
      E-Mail: steven.strom@po.state.ct.us
      Tel.:  (860) 808-5450
      Fax:  (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 30th day of January, 2006:

Carlos Llorens, Inmate #222201
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

                /s/
                Steven R. Strom
                Assistant Attorney General