UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS LLORENS | PRISONER |
| *Plaintiff,* | CIVIL NO. 3:CV1717(AVC)(TPS) |
| v. | |
| JACK TOKARZ, ET AL., | |
| *Defendants.* | JANUARY 27, 2006 |

**AFFIDAVIT OF CAPTAIN JOSEPH CARLONE**
**IN SUPPORT OF SUMMARY JUDGMENT**

I, Joseph Carlone, being duly sworn, depose and say that:

1. I am employed by Connecticut Department of Correction and am an administrative captain at Cheshire CI. I am over the age of eighteen and understand the nature and meaning of an oath.

2. My duties include but are not limited to various facility and other investigations which arise including incidents with inmates, staff, as well as outside law enforcement. In June 2005, for example, I was included among the ranks of law enforcement personnel from across Connecticut who were recognized at the United States Attorneys Eighth Annual Awards presentation. I was honored for my role in the successful prosecution of a crime of, "Threatening to Use a Weapon of Mass Destruction and Delivery." The incident involved an inmate who had sent a white powder, claimed to be anthrax, to a prosecutor's office.

3. As part of my duties I took digital photographs on the cell of inmate Carlos Llorens, #222201, with particular attention and detail focused on a so-called, self described "shrine,"

which was located on a lower shelf area, hidden from general viewing by a towel that was placed over the top of the shelf, and which hung down as a curtain or drape, shielding the objects on the shelf from public view.

4. Attached hereto are color print-outs of the digital photos which I took. These photographs truly and accurately depict the items maintained by Carlos Llorens on this shelf and truly and accurate represent exactly how the shelf appeared on December 14, 2005, the date I took the pictures. The shelf continues to be used and maintained by Mr. Llorens in this same manner on the date of this affidavit, and it has been so maintained, without any major disruption or prohibition by staff for a number of years.

I have read the foregoing and it is all true and accurate to the best of my knowledge and belief.

_____
Joseph Carlone

Subscribed and sworn to before me this 27th day of January, 2006.

_____
Steven R. Strom
Commissioner of the Superior Court

2

DEFENDANTS
Jack Tokarz, et.al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
Federal Bar #ct01211
E-Mail: steven.strom@po.state.ct.us

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 30th day of January, 2006:

    Carlos Llorens, # 222201
    Cheshire Correctional Institution
    900 Highland Avenue
    Cheshire, CT 06410

_____
Steven R. Strom
Assistant Attorney General

3