UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS LLORENS | PRISONER |
| *Plaintiff,* | CIVIL NO. 3:CV1717(AVC)(TPS) |
| v. | |
| JACK TOKARZ, ET AL., | |
| *Defendants.* | JANUARY 27, 2006 |

### AFFIDAVIT OF CAPTAIN ARMANDO VALERIANO
### IN SUPPORT OF SUMMARY JUDGMENT

I, Armando Valeriano, being duly sworn, depose and say that:

1. I am employed by Connecticut Department of Correction (DOC). I am a captain at the Security Division of the DOC, with an office at 24 Wolcott Hill road, Wethersfield, CT. I am the Security Risk Group coordinator for the DOC. I am over the age of eighteen and understand the nature and meaning of an oath.

2. As part of my job responsibilities, I am assigned to coordinate and facilitate management of Security Risk Groups (SRG's) and advise the Director of Security, Dennis Jones, re: Gang intelligence, monitoring security and management issues, in accordance with A.D. 6.14. I presently continue to be involved in SRG intelligence and monitoring SRG groups in DOC. As such, I am familiar with the facts stated in his affidavit and herein.

3. As recently as November 17, 2005, Commissioner Lantz issued a memo to all wardens stating that there are eleven SRG groups officially designated pursuant to Section 4. C. of Administrative Directive 6.14. See attached. My duties include updating the Director of Security as to all of the factors listed in A.D. 6.14, section 4.A , to insure the continued monitoring of groups as they evolve and change over time.

1

4. As a result of the close monitoring and close custody management of SRG inmates, inmates have been removed from general population, which has continued to result in reduced numbers of inmate on inmate assaults, reduced numbers of assaults on staff, as well as reduced number of SRG designations. Because inmates are identified, in part, by their colors, wearing of such colors presents not only a disciplinary violation, but also a means to represent an inmate's SRG affiliation. By prohibiting such colors, and removing SRG inmates from general population setting we have been able to reduce the numbers of SRG designations. This means that DOC facilities are not being used by gangs as a breeding ground for large scale recruiting, because there are significant consequences which are attached to being identified and managed as an SRG member. The elimination of colors, and the enforcement of the prohibition on gang colors has resulted in facilities which are far more safe for both inmates and staff.

5. The colors that inmate Llorens wants to wear are colors which are identical to known and designated SRG's. For example, Mr. Llorens want to wear red and black beads. These are the colors worn by the Bloods. I understand he wants to also wear blue and white beads. Blue is a color associated with the Crips. Blue and red is associated with the Solidos, a rival SRG of the Latin Kings. Plaintiff also wants to wear green and black beads, which are the colors of the 20-Love. See attached lists from both Mr. Llorens, and the list of colors known by Gang Intelligence Coordinators to be the verified colors of the gangs.

6. Once gang colors are reintroduced into correctional facilities, under the guise of religion, it would be impossible to keep inmates from sharing items, restringing the beads to make different color combinations, and using beads as a form of code, to indicate not only SRG membership, but also the rank and hierarchy of positions within the gangs. There is no adequate solution to allowing inmates to wear these necklaces under T-shirt. They would still be visible at the back of the neck,

and during times when inmates go bare-chested, for example in the housing units, going to and from showers, or during recreation activities in the gym or yard, during warm weather.

7. Connecticut DOC has been a leader in the nation in implementing an effective SRG management program. Connecticut's programs have served as a model for other jurisdictions, including the Federal Bureau of Prisons. Connecticut hosted one of the first National Major Gang Task Force Conferences. The National Major Gang Task Force (NMGTF) is committed to providing leadership and information within the criminal justice system and other stakeholders to minimize the effects of security threat groups, gangs and terrorists in jails, prisons and communities. See http://www.nmgtf.org/.

8. The NMGTF has been nationally recognized in the criminal justice system for achieving uniqueness in gang intervention and management strategies. The integration and partnerships between corrections, law enforcement, military and education has resulted in obtaining successful state criminal indictments and Federal Racketeer Influence Corrupt Organization (RICO) prosecutions with multiple defendants. In addition the NMGTF Executive Board members and State Coordinators have provided valuable technical assistance in the development of state-wide gang/security threat group programs in numerous jurisdictions. Connecticut has been a leader in this process, and the methods used by Connecticut have become leading standards across the country. As part of my duties I am the Connecticut state coordinator to the NMGTF.

9. In my professional opinion, it would be a grave security mistake to allow various colored Santeria beads to be introduced into the correctional environment. It would inevitably lead to a flood of similar claims by other inmates for a variety of multi-colored religious objects, e.g. headwear, bandanas, headbands, and other items, and in this case, would seriously jeopardize not merely safety and security in general, but also the personal safety of the plaintiff, who has been the target of death threats and a contract on his life by the Latin Kings.

I have read the foregoing and it is all true and accurate to the best of my knowledge and belief.

_____
Armando Valeriano

Subscribed and sworn to before me this 27th day of January, 2006.

_____
Notary Public/
~~Commissioner of the Superior Court~~
My Commission expires 6/30/2010

4

DEFENDANTS
Jack Tokarz, et.al.


RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
Federal Bar #ct01211
E-Mail: steven.strom@po.state.ct.us


**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following this 30th day of January, 2006:

Carlos Llorens, # 222201
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____
Steven R. Strom
Assistant Attorney General

5