UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS LLORENS | : PRISONER<br>CIVIL NO. 3:CV1717(AVC)(TPS) |
| v. | : |
| DEPUTY COMMISSIONER TOKARZ,<br>ET. AL. | : January 26, 2006 |

### AFFIDAVIT OF FATHER ANTHONY J. BRUNO

I, Anthony J. Bruno, being duly sworn, hereby depose and say that:

1. I am the Director of Religious Services for the Department of Correction. I have been employed with the Connecticut Department of Correction since January, 1987. My duties include general supervision of all religious services staff, including staff at Cheshire CI, where Mr. Carlos Llorens is presently confined. A copy of my resume is attached and incorporated by reference herein.

2. My duties also include monitoring for compliance with Administrative Directive 10.8, (Religious Services) and Administrative Directive 6.10 (Property). A copy of A.D. 10.8 is attached.

3. The plaintiff has been approved for one white necklace of Santeria beads. This authorization also provided by letter dated October 26, 2001, copy attached. When he is wearing the beads, they must be concealed under his clothing at all times, not visible to other inmates, per

Directive. Mr. Llorens received one set of white Santeria beads on May 30, 2002, and signed a receipt for them. See copy, also attached.

4. Necklaces made of beads of other colors have not been allowed, in part, due to the fact that gangs use colored beads as gang identifiers. This policy has been reviewed by the Department of Correction Central Intelligence Unit, which is responsible for intelligence and surveillance of SRG, (Security Risk Groups). In this regard, I rely on the advice of the SRG intelligence coordinators.

5. With regard to religious necklaces, for example, only one solid color, black rosary beads are authorized and they must be purchased in the Commissary only.

6. Each faith group is treated in similar fashion with regard to prayer beads. Each group has one solid color, and only one strand; Catholic Rosary beads or Dikr beads for Islamic worship are one solid color, sold in the Commissary.

7. For example, Native Americans are not permitted to wear bead necklaces. Only one standard medicine bag is allowed, which is sold in the Commissary.

8. If a religious item is available in the Commissary, it must be purchased from the Commissary only. Any inmate can order any religious item on the Commissary list.

9. Facility religious chaplains do not require proof of religious affiliation. Any inmate can choose or elect not to choose a particular faith group.

10. The Department of Correction has spent considerable time and effort in making a number of standard religious items available in the Commissary. In part, this was to reduce administrative time spent by Chaplains in reviewing and approving individual

medals/medallions/articles, which previously had been sent by vendors, family or friends. This system led to abuse, theft, extortion and security problems managing inmate property. Items had to be declared to be less than $50.00 in value, but many items were obviously greater in value.

11. The centralization of purchase through the Commissary has standardized religious items for the major religions, thereby reducing theft, sale of items, bartering as well freeing up staff to perform pastoral ministry instead of functioning as property officers. With regard to requests for religious items by inmates of other religions, they must be directed to the Director for Programs, who is presently Mary Johnson. Individual approval is granted on a case-by-case basis. Approval of an item by the Director specifies the exact item allowed and the only vendor from whom the item is to be purchased.

12. In my role as Director of Religious Services, I am concerned about equal and fair treatment for all faith groups. Allowing one plain white necklace is an accommodation to plaintiff's request for Santeria beads, without jeopardizing safety and security, and opening up the use of colored beads by the gangs. Other religions are allowed only one plain set of beads for prayer and this accommodation treats Santeria in the same fashion.

13. In addition, Santeria practitioners are allowed to have an approved set of Tarot cards, and may also have individual professional clergy visits from a Santeria priest from their community. Santeria practitioners may also purchase from the commissary other religious articles, which may be stored in their cell, such as one set of rosary beads, or a medicine bag. Publications may be obtained pursuant to the procedures set forth in A.D. 10.7 and free

publications may be donated, provided that they come from the publisher or bookstore in new condition.

14. I have viewed photographs of plaintiff's cell, which includes an area which plaintiff is allowed to maintain, as some sort of a so-called "shrine" including pictures of one or more saints or tarot cards, rosary beads, and a medicine bag. Plaintiff also appears to have honey, and/or fruit in the shelf area. In my nineteen years experience, inmates are generally allowed to keep religious pictures in their cells, for example a picture of Jesus, or of a saint, and have religious books, publications and a standard set of rosary beads, or a standard plain color set of prayer beads. With regard to Santeria worship, there are available opportunities to continue to practice Santeria, but such practices such as wearing or possessing multi-color bead necklaces cause obvious serious safety and security issues and would jeopardize plaintiff's safety. It would lead to multiple requests from numerous other religious denominations for religious neckwear, such as from various native American tribes, and other multi-colored religious articles, which would inevitably lead to the use of these colors as gang identifiers.

I have read the foregoing and it is all true and accurate to the best of my knowledge and belief.

_____
Rev. Anthony J. Bruno

Subscribed and sworn to before me this 26th day of January, 2006.

_____
Commissioner of the of the Superior Court

4

DEFENDANTS

Jack Tokarz, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail: steven.strom@po.state.ct.us
Federal Bar #ct01211

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following this 30th day of January, 2006:

Carlos Llorens, #222201
Cheshire CI
900 Highland Ave.
Cheshire, CT 06410

_____
Steven R. Strom
Assistant Attorney General

5