UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| CARLOS LLORENS | : | PRISONER<br>CIVIL NO. 3:CV1717(AVC)(TPS) |
| *Plaintiff,* | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| JACK TOKARZ, ET AL., | : |  |
| *Defendants.* | : | JANUARY 30, 2006 |

## SECOND NOTICE OF MANUAL FILING

Please take notice that the defendants have manually filed the following documents:

1) New York Times Article, dated October 30, 2005 by Julia Preston, "In City Jails, A Question of Force" (attached to Murphy affidavit)
2) Rule 56 Fed. R. Civ. P. and Local Rule 56 (attached to Notice to Pro se Litigant)

These documents have not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[  ]    the electronic file size of the document exceeds 1.5 megabytes
[  ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

DEFENDANTS
Jack Tokarz et.al.

BY:   \_\_\_/s/_____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct01211
E-Mail:  steven.strom@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of January, 2006:

Carlos Llorens, # 222201
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

　　/s/　　　　　　　　　　　　
Steven R. Strom
Assistant Attorney General