UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 APR 21 P 1:09
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

CARLOS LLORENS,      :  CIVIL NO. 3:02CV1717 (AVC)(TPS)
    PLAINTIFF       :
                    :
  v.                :
                    :
JACK TOKARZ ET AL,  :
    DEFENDANTS     :  APRIL 13, 2006

MOTION FOR ENLARGEMENT OF TIME

NOW COMES PLAINTIFF, CARLOS LLORENS, AND FILES THIS MOTION TO REQUEST THAT THE TIME FOR FILING HIS RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT BE ENLARGED BY 45 DAYS, TO MAY 28, 2006, AND IN SUPPORT OF THIS MOTION, PLAINTIFF STATES THE FOLLOWING:

1. THE MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION CONTAINS CITES TO CASES WHICH PLAINTIFF MUST WRITE TO GET FROM ILAP.
2. IT WILL TAKE AT LEAST 30 DAYS TO RECEIVE THE REQUESTED CASES FROM ILAP.
3. BECAUSE PLAINTIFF IS NOT TRAINED IN LAW, ADDITIONAL TIME WILL BE NEEDED TO REVIEW THE CASES ONCE RECEIVED.
4. DUE TO PLAINTIFF'S INCARCERATION, HE MUST RELY ON THIRD PARTY INTERVENTION TO OBTAIN THE REQUISITE AFFADAVIT(S) TO PROPERLY RESPOND TO DEFENDANTS' MOTION.
5. PLAINTIFF WAS UNABLE TO CONTACT OPPOSING COUNSEL TO ASSERTAIN ANY OBJECTIONS TO THIS MOTION.

WHEREFORE, PLAINTIFF REQUEST THE COURT TO ENLARGE THE TIME FOR FILING HIS RESPONSE TO MAY 28, 2006.

RESPECTFULLY SUBMITTED

*Carlos Llorens*

CARLOS LLORENS #222201

PRO SE PLAINTIFF

CHESHIRE CORRECTIONAL INST.

900 HIGHLAND AVENUE

CHESHIRE, CT 06410-1668

## Certificate of Service

I certify that a copy of the foregoing motion has been mailed postage prepaid, of even date herewith to:

STEVEN R. STROM

ASSISTANT ATTORNEY GENERAL

110 SHERMAN STREET

HARTFORD, CT 06105

*Carlos Llorens*

CARLOS LLORENS

PRO SE PLAINTIFF