UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**CARLOS LLORENS**

                                              **PRISONER**
   **v.**                                     **Case No. 3:02cv1717(AVC)(TPS)**

**DEPUTY COMMISSIONER**
**JACK TOKARZ, et al.**

## RULING AND ORDER

Plaintiff seeks an extension of time, until May 28, 2006, to respond to defendants' motion for summary judgment. Plaintiff's motion [**doc. #46**] is **GRANTED**. Because May 28, 2006 is a Sunday and May 29, 2006 is the Memorial Day holiday, plaintiff shall file his response on or before **May 30, 2006.**

**SO ORDERED in Hartford, Connecticut, this 2nd day of May, 2006.**

                                          **/s/ Thomas P. Smith**
                                          **Thomas P. Smith**
                                          **United States Magistrate Judge**