UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARLOS LLORENS,          : CIVIL NO. 3:02 CV1717 (AVC)(TPS)
        PLAINTIFF        :
                         :
v.                       :
                         :
JACK TOKARZ ET AL,       :
        DEFENDANTS       : MAY 30, 2006

## MOTION FOR ENLARGEMENT OF TIME

Now comes Plaintiff, Carlos Llorens, and files this motion to request that the time for filing his response to Defendants' motion for summary judgement be enlarged by 45 days to July 14, 2006, and in support of this motion, Plaintiff states the following:

1. The memorandum in support of Defendants' motion contains cites to cases which Plaintiff must write to get from ILAP

2. It will take at least 30 days to receive the requested cases from ILAP

3. Because Plaintiff is not trained in law, additional time will be needed to review the cases once received.

4. Due to Plaintiff's incarceration, he must rely on third party intervention to obtain the requisite affadavit(s) to properly respond to Defendants' motion.

5. Plaintiff was unable to contact opposing counsel to ascertain any objections to this motion.

WHEREFORE, PLAINTIFF REQUEST THE COURT TO ENLARGE THE TIME FOR FILING HIS RESPONSE TO July 14, 2006.

RESPECTFULLY SUBMITTED

*/s/ Carlos Llorens*

CARLOS LLORENS #222201
PRO SE PLAINTIFF
CHESHIRE CORRECTIONAL INST.
900 HIGHLAND AVENUE
CHESHIRE, CT 06410-1668

## CERTIFICATE OF SERVICE

I CERTIFY THAT A COPY OF THE FOREGOING MOTION HAS BEEN MAILED POSTAGE PREPAID, OF EVEN DATE HEREWITH TO:

STEVEN R. STROM
ASSISTANT ATTORNEY GENERAL
110 SHERMAN STREET
HARTFORD, CT 06105

*/s/ Carlos Llorens*

CARLOS LLORENS
PRO SE PLAINTIFF