UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
CARLOS LLORENS                      :
                                    :           PRISONER
     v.                             :    Case No. 3:02cv1717(AVC)(TPS)
                                    :
DEPUTY COMMISSIONER                 :
JACK TOKARZ, et al.                 :
```

**RULING AND ORDER**

On February 8, 2006, defendants filed their motion for summary judgment. Plaintiff's response was due on March 1, 2006, twenty-one days after the motion was filed. Defendants included a notice with their motion informing plaintiff of the deadline for his response and the contents of a proper response to a motion for summary judgment. The court issued a similar notice on February 15, 2006. (See Docs. ## 41, 43.)

Since then, plaintiff sought and was granted two extensions of time to file his response. (See Docs. ## 44 & 45, 46 & 47.) Plaintiff now seeks a third extension of time, until July 14, 2006, to respond to defendants' motion for summary judgment. All three motions are identical. Plaintiff states in each motion that he needed thirty days to obtain copies of cases cited by defendants, time to review those cases and assistance from third parties to

obtain affidavits.  Plaintiff now has had over four months to prepare his opposition.

Plaintiff's motion [**doc. #48**] is **GRANTED**.  Plaintiff is on notice that the court will not consider favorably any further requests for time and that he must ensure that the court receives his opposition papers on or before **July 14, 2006.**

**SO ORDERED in Hartford, Connecticut, this 12th day of June, 2006.**

/s/  Thomas  P.  Smith
**Thomas P. Smith**
**United States Magistrate Judge**