CARLOS LLORENS

V.

JACK TOKARZ, ET. AL.,

3 02cv1717(Avc)(TPS)

CIVIL NO. 3:CV1717(AVC)(TPS)

2006 JUL 19 P 4:35

JULY 13, 2006

## MOTION TO WITHDRAW WITHOUT PREJUDICE

Plaintiff respectfully requests this Court to grant him leave to withdraw his complaint without prejudice. In support of this request, Plaintiff states:

1. Because of plaintiff's incarceration, he is limited in his ability to contact the appropriate people needed in order to obtain the affidavits and/or depositions he needs to properly respond to Defendants' pending motion,

2. Because of Plaintiff's limited knowledge of the law and access to the proper resources, he has been unable to gather the legal authority required to prepare a memorandum to support his opposition motion. Plaintiff is not trained in the law and must rely on the assistance of other in trying to decipher the language used at times, as well as checking case law to make sure that it is on point;

3. Plaintiff has just recently finished reviewing all the cases cited by Defendants in their memorandum. Although some of these cases are supportive of Plaintiff's position, they are insufficient to fully address the issues raised by Defendants in their summary motion;

4. Plaintiff has filed three (3) motions for enlargement of time, which were granted by the Court. Plaintiff was informed that he would not be allowed any more time. Plaintiff has tried, with all due diligence, to complete his response in the time allotted, but due to the aforementioned limitations of Plaintiff, this has not been done;

5. Plaintiff will require more time in order to marshall the facts and supporting case law in order to prepare a proper memorandum. Plaintiff has not filed a motion for enlargement since it will not be considered, as well as the fact that Plaintiff has no real idea as to how much time will be needed to complete his research. He has access to the legal resources at Cheshire for approximately one hour per week.

6. Plaintiff does not wish to abandon his claims, nor does he wish the Court to to dismiss his complaint due to him not being able to provide the proper materials along with his opposition motion.

Wherefore, it is Plaintiff's belief that the only recourse he has left, in order to preserve his claims and have them fully considered and adjudicated, is to seek leave of the Court to withdraw his complaint without prejudice. Therefore, Plaintiff

resqectfully asks this Court to grant the foregoing motion.

Respectfully,

Carlos Llorens #222201
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410-1668

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing has been mailed of even date
herewith to:

Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Carlos Llorens
Pro Se Plaintiff